IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOLLOWAY, PU-BI K.                                                                    PLAINTIFF

vs.                               NO. 4:08CV3993BSM

U.S. GOVERNMENT              .                                                    DEFENDANT

## JUDGMENT

For the reasons stated in the Order entered this date, plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 29th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE